IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TUSTAN P. SPENDLOVE,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF UTAH, et al.,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 4:25-cv-00048-DN-PK<br><br>District Judge David Nuffer |

The Report and Recommendation[1] ("R & R") issued by United States Magistrate Judge Paul Kohler on October 2, 2025, recommends that this action be dismissed without prejudice.

Plaintiff Tustan P. Spendlove filed his Complaint on April 17, 2025.[2] On April 21, 2025, summons were issued for each of the Defendants in this case, but Plaintiff failed to timely serve defendants.[3] Judge Kohler issued an Order to Show Cause ("First OSC")[4] and Plaintiff responded by asking for an extension of until September 2, 2025, to effectuate service.[5] Judge Kohler granted the extension.[6] Plaintiff, again, failed to timely serve Defendants.[7] Judge Kohler issued a Second Order to Show Cause ("Second OSC")[8] "directing Plaintiff to show cause why

---

[1] Report and Recommendation ("R & R"), docket no. 22, filed October 2, 2025.

[2] Complaint, docket no. 1, filed April 17, 2025.

[3] R & R at 1; *see generally* docket.

[4] Order to Show Cause ("First OSC"), docket no. 15, filed July 15, 2025.

[5] Order Extending Time for Service, docket no. 17, filed July 31, 2025.

[6] R & R at 1.

[7] *Id*.

[8] Order to Show Cause ("Second OSC"), docket no. 18, filed July 15, 2025.

this action should not be dismissed for failure to timely serve and failure to prosecute."[9] Plaintiff never responded to the Second OSC.[10]

The parties were notified of their right to file objections to the R & R within 14 days of its service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. The deadline to respond was October 16, 2025.[11] No party filed a written objection to the R & R as provided by court rules. Therefore, the analysis and conclusion of the Magistrate Judge are accepted and the R & R[12] is adopted in its entirety.

### ORDER

IT IS HEREBY ORDERED that the Report and Recommendation[13] is ADOPTED and this case is DISMISSED without prejudice.

The Clerk is directed to CLOSE the case.

Signed October 16, 2025.

BY THE COURT

_____
District Judge David Nuffer

---

[9] R & R at 1-2.

[10] *See generally* docket.

[11] 28 U.S.C. § 636; Fed. R. Civ. P. 72.

[12] *Id*.

[13] *See generally* R & R.